IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION *as Trustee for the Benefit of the Certificate Holders Under the Pooling and Servicing Agreement Relating to the Mortgage Backed Pass Through Certificates Series 2002-29* | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION <br> : <br> : NO. 10cv5201 <br> : |
| vs. | : <br> : |
| FIRST AMERICAN TITLE INSURANCE CORPORATION | : <br> : |

O R D E R

**AND NOW**, this 7th day of May, 2013, **IT IS HEREBY ORDERED** that:

1. Upon consideration of Defendant's Motion for Summary Judgment (Document No. 38), plaintiff's response and defendant's reply, defendant's motion for summary judgment is **GRANTED**.

2. Upon consideration of Plaintiff's Motion for Summary Judgment (Document No. 40) and defendant's response, plaintiff's motion for summary judgment is **DENIED**.

3. Judgment is entered in favor of defendant, First American Title Insurance Corporation, and against plaintiff, U.S. Bank, National Association *as Trustee for the Benefit of the Certificate Holders Under the Pooling and Servicing Agreement Relating to the Mortgage Backed Pass Through Certificates Series 2002-29*.

4. The clerk shall mark this action **CLOSED FOR STATISTICAL PURPOSES**.

                                                s/ William H. Yohn Jr.
                                                William H. Yohn Jr., Judge